**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT** ☐ MISDEMEANOR
**NOTICE TO APPEAR** ☐ Traffic ☐ Nontraffic **AA738980**

| Date of Violation | Time | ☐ AM ☐ PM | Day of Week S M T W T F S | Station/Agency |
|---|---|---|---|---|
| 11/9/16 | | | | |

Last Name, First, Middle: THOMAS SOLIS

Address: 18209 SIERRA WAY HWY
City: CANYON COUNTRY  State: CA  ZIP Code:   ☐ Juvenile (Phone No.)

| Driver Lic. No. | State | Class | Commercial ☐ Yes ☐ No | Age | Birth Date |
|---|---|---|---|---|---|
| | | | | | 04/13/1983 |

| Sex | Hair | Eyes | Height | Weight | Race | POB/Other Description |
|---|---|---|---|---|---|---|
| M | BLK | BRO | 508 | 157 | H | |

Veh. Lic. No. or VIN:    State:

☐ COMMERCIAL VEHICLE (Veh. Code, § 15210(b))
☐ HAZARDOUS MATERIAL (Veh. Code, § 353)

| Yr. of Veh. | Make | Model | Body Style | Color |
|---|---|---|---|---|

Evidence of Financial Responsibility:

Registered Owner or Lessee:   ☐ Same as Driver
Address:   ☐ Same as Driver
City:    State:    ZIP Code:

Correctable Violation (Veh. Code, § 40610)  ☐ Booking Required  Misdemeanor or Infraction (Circle)

| Yes | No | Code and Section | Description | M/I |
|---|---|---|---|---|
| ☐ | ☐ | VIOLATION 50N FAILURE TO APPEAR | | (M) I |
| ☐ | ☐ | | | M I |
| ☐ | ☐ | | | M I |
| ☐ | ☐ | | | M I |

| Speed Approx. | P.F./Max Spd. | Veh. Lmt. | Safe | Radar | Laser | ☐ Continuation Form Issued |
|---|---|---|---|---|---|---|

Location of Violation(s) at:    City of Occurrence:

File No./RD: CXFR# 615 MJ 67 MJS   ☐ Collision   Booking No: 482-3167   No. Passengers M F

☒ Violations not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Arresting or Citing Officer: POPKIN   Employee No: 184702   Vac Dates:

Date: 11/10/16   Name of Arresting Officer, if different from Citing Officer:   Employee No:   Vac Dates:

**WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.**
X Signature: [signed]

WHEN: ON OR BEFORE THIS DATE: 12/20/16  Time: 09:00 ☒ AM ☐ PM

WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE:
[Name of court[s]]: U.S. DISTRICT COURT
[Section[s] or division[s], room no[s].]: YOSEMITE DIVISION
[Street address[es]]: 9004 CASTLE CLIFFS COURT  YOSEMITE, CA 95389
[Phone No.]
☐ To be notified

*AA738980*   *1900*

Judicial Council of California Form
Rev. 09-20-05 (Veh. Code, §§ 40500(b), 40513(b), 40522, Pen. Code, § 853.9)

SEE REVERSE
TR-130