Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THOMAS RICHARD SOLIS,<br><br>　　　　　　Defendant. | No.  6:15-MJ-0067-MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Tomas Solis, by and through his attorney of record, Allison Margolin, that the status conference in the above-captioned matter set for May 23, 2017 be continued to June 28, 2017 at 10:00 a.m.  There was a miscommunication between the parties related to the body camera video.  The Government believed the video had been sent, but Defendant did not receive it.  The continuance is requested to allow time for the Government to send the video via file transfer and for the Defendant to review it.

　　Dated:  May 18, 2017　　　　　　　　　　/S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　Legal Officer
　　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park

　　Dated:  May 18, 2017　　　　　　　　　　 /S/ Allison Margolin_____
　　　　　　　　　　　　　　　　　　　　　　　Allison Margolin
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Tomas R. Solis

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the May 23, 2017, Status Conference in U.S. v. Solis, *6:15-MJ-0067-MJS*, is hereby continued to June 28, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 19, 2017            /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE