```
ALLISON B. MARGOLIN (SBN 222370)
J. RAZA LAWRENCE (SBN 233771)
MARGOLIN & LAWRENCE
8484 Wilshire Blvd. Ste. 440
Beverly Hills, CA 90211
Telephone:   (323) 653-9700
Facsimile:    (323) 653-9709
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THOMAS RICHARD SOLIS,<br><br>　　　　　Defendant. | No.  6:15-MJ-0067-MJS<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Thomas Solis, by and through his attorney of record, Allison Margolin, that the status conference in the above-captioned matter set for June 28, 2017 be continued to August 8, 2017 at 10:00 a.m. The continuance is requested to allow time for the Defendant to review the amended settlement offer in anticipation of settlement at the next hearing.

Dated:  June 27, 2017　　　　　　　　　　/s/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　　Legal Officer
　　　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park

Dated:  June 27, 2017　　　　　　　　　　 /s/ Allison B. Margolin
　　　　　　　　　　　　　　　　　　　　　　　　Allison Margolin
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　Thomas R. Solis

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the June 28, 2017, Status Conference in *U.S. v. Solis*, 6:15-MJ-0067-MJS, is hereby continued to August 8, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 28, 2017                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE