| | |
|---|---|
| ALLISON B. MARGOLIN (SBN 222370)<br>J. RAZA LAWRENCE (SBN 233771)<br>ANDREW KOUSSEVITZKY (SBN 298110)<br>MARGOLIN & LAWRENCE<br>8484 Wilshire Blvd., Ste .440<br>Beverly Hills, CA 90211<br>Telephone: (323) 653-9700<br>Facsimile: (323) 653-9709 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS RICHARD SOLIS,<br><br>　　　　Defendant. | No. 6:15-MJ-0067-MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; REQUEST FOR VIDEO PLEA; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Thomas Solis, by and through his attorney of record, Allison Margolin, that the status conference in the above-captioned matter set for September 18, 2017 be continued to October 17, 2017 at 10:00 a.m. It is further stipulated that a video plea will be sufficient at the October hearing. The continuance is requested to allow time for the Defendant to review the amended settlement offer in anticipation of settlement at the next hearing and in order to arrange a video appearance for the Defendant.

Dated: September 19, 2017　　　　/S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　Legal Officer
　　　　　　　　　　　　　　　　Yosemite National Park

Dated: September 19, 2017　　　　/S/_____
　　　　　　　　　　　　　　　　Allison Margolin
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　Thomas R. Solis

1

STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER

**ORDER**

For good cause shown, the September 19, 2017, Status Conference in <u>U.S. v. Solis</u>, *6:15-MJ-0067-MJS*, is hereby vacated and a video change of plea hearing is scheduled for October 17, 2017 at 10:00 a.m, PROVIDED that Defendant make suitable and timely arrangements with Courtroom Deputy Megan Bernacchi to appear by video from the United States District Court in his area of residence, AND a fully executed written plea agreement be provided to the Court at least three days before the said hearing.

IT IS SO ORDERED.

Dated: September 19, 2017        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE