ALLISON B. MARGOLIN (SBN 222370)
J. RAZA LAWRENCE (SBN 233771)
MARGOLIN & LAWRENCE
8484 Wilshire Blvd. Ste. 440
Beverly Hills, CA 90211
Telephone:    (323) 653-9700
Facsimile:    (323) 653-9709

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  6:15-MJ-0067-MJS |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER THEREON** |
| THOMAS RICHARD SOLIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Thomas Solis, by and through his attorney of record, Allison Margolin, that the sentencing hearing in the above-captioned matter set for November 28, 2017 be continued to January 24, 2018 at 10:00 a.m. The continuance is requested to allow time for the U.S. probation officer, Mr. Anthony Andrews, to finalize the presentence report in Mr. Solis' case and make a sentencing recommendation prior to the sentencing hearing.

Dated:  November 8, 2017     /s/ Susan St. Vincent_____
                                      Susan St. Vincent
                                      Legal Officer
                                      Yosemite National Park

Dated:  November 8, 2017     /s/ Allison B. Margolin _____ _
                                      Allison Margolin
                                      Attorney for Defendant
                                      Thomas R. Solis

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the November 28, 2017, Sentencing Hearing in *U.S. v. Solis*, *6:15-MJ-0067-MJS*, is hereby continued to January 24, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated:     November 9, 2017          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE