# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:15MJ00067-001** |
| **THOMAS SOLIS** | Defendant's Attorney: James Raza Lawrence, Retained |

**THE DEFENDANT:**

[✓] pleaded guilty to count __One__ of the Complaint.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.23(a)(2) | Operate or be in actual physical control of a motor vehicle with a blood alcohol content greater than 0.08% | 7/18/2015 | One |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Count __Two__ is dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.    [✓] Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**1/24/2018**
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

1/30/2018
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
<u>6 months (suspended until 2/1/2022)</u>.

- [ ] No TSR: Defendant shall cooperate in the collection of DNA.

- [ ] The court makes the following recommendations to the Bureau of Prisons:

- [ ] The defendant is remanded to the custody of the United States Marshal.

- [✓] The defendant shall surrender to the United States Marshal for this district
    - [✓] at <u>2:00 PM</u> on <u>2/1/2022</u>.
    - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    - [ ] before ___ on ___.
    - [ ] as notified by the United States Marshal.
    - [ ] as notified by the Probation or Pretrial Services Officer.

    If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____  
United States Marshal

_____  
By Deputy United States Marshal

# PROBATION

The defendant is hereby sentenced to probation for a term of :
5 years.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

# CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised.
2. If Defendant is arrested or questioned by a law enforcement officer for any reason, he shall notify the Court and the Government Legal Officer within 7 days of its occurrence.
3. The Defendant shall notify the court, the Government Legal Officer and, if represented by Counsel, his counsel of any change of address and contact number.
4. The Defendant shall pay a special assessment of $10.00 for a total financial obligation of $10.00, which shall be due immediately. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

5. The Defendant shall complete a Multi-Offender DUI program through the California Department of Motor Vehicles and provide proof of completion to the Government Legal Officer and the court no later than 14 days prior to the date in January 2020 on which a second annual review hearing is to be scheduled.
6. The Defendant is ordered to personally appear for yearly Probation Review Hearings. The First Reviewing Hearing is set for 1/8/2019 at 10:00 am before the U.S. Magistrate Judge in Yosemite. Additional Annual Review Hearings will be scheduled at the discretion of the U.S. Magistrate Judge in Yosemite.
7. During the first three years of his probation, Defendant shall attend twice weekly Alcoholics Anonymous meetings, or comparable alcohol or drug counseling sessions approved by the Government Legal Officer or the Court, and not later than 14 days before each annual review hearing, provide a sworn statement of compliance with this order from a counselor or sponsor associated with the meetings.
8. The Defendant shall not operate a motor vehicle with any detectable amount of alcohol in Defendant's system.
9. The Defendant shall not refuse to or fail to complete a chemical test to determine blood alcohol content, if requested by a Law Enforcement Officer.
10. The Defendant must at his own expense enroll in the SCRAM program (designed to monitor and detect the presence of alcohol in Defendant not later than 2/16/18 and remain in the program and comply with its terms and conditions during the ensuing 3 years of his probation. He shall provide written proof of such enrollment to the Government Legal Officer and the Court no later than 2/28/18.
11. If the Defendant, <u>fully</u> complies with all applicable conditions and restrictions provided herein throughout the first three years of his probation, he may petition the Court to have the term of custody vacated with the knowledge that the undersigned believes such full compliance should warrant vacation of the remaining terms of probation and sentence, subject, however, to the then discretion of the U.S. Magistrate Judge in Yosemite.
12. The defendant shall abstain from the use of alcohol and eillicit drugs and shall not frequent those places where alcohol is the chief item of sale.
13. The defendant shall not consume any drugs or medication except those prescribed by a California licensed physician who is first advised in writing that Defendant is on probation with this Court for drug and/or alcohol abuse offenses.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $10.00 | | |

[ ] The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

[ ] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

[ ] Restitution amount ordered pursuant to plea agreement $ ___

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ] The interest requirement is waived for the      [ ] fine      [ ] restitution

    [ ] The interest requirement for the      [ ] fine      [ ] restitution is modified as follows:

[ ] If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[ ] If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.