**MARGOLIN & LAWRENCE**
ALLISON B. MARGOLIN (SBN 222370)
J. RAZA LAWRENCE (SBN 233771)
MARGOLIN & LAWRENCE
8484 Wilshire Blvd. Ste. 440
Beverly Hills, CA 90211
Telephone:     (323) 653-9700
Facsimile:     (323) 653-9709

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:15-MJ-0067-MJS |
| Plaintiff, | **ORDER** |
| v. | |
| THOMAS RICHARD SOLIS, | |
| Defendant. | |

## ORDER

For good cause shown, the court ORDERS that the January 28, 2020, Probation Review Hearing in *United States v. Solis*, 6:15-MJ-0067-MJS, be vacated and rescheduled for July 10, 2019, at 10:00 a.m., with video conference from Los Angeles approved.

IT IS SO ORDERED.

Dated:   July 9, 2019

_____
UNITED STATES MAGISTRATE JUDGE