ALLISON B. MARGOLIN (SBN 222370)
J. RAZA LAWRENCE (SBN 233771)
MARGOLIN & LAWRENCE
8484 Wilshire Blvd. Ste. 440
Beverly Hills, CA 90211
Telephone:     (323) 653-9700
Facsimile:     (323) 653-9709

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS RICHARD SOLIS,<br><br>Defendant. | **6:15-MJ-0067-MJS**<br><br>ORDER MODIFYING CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c) |

Pursuant to defendant's motion to modify the defendant's conditions of probation, the court hereby modifies under 18 U.S.C. § 3563(c) defendant's conditions of probation as follows: Condition Number Ten of probation, which requires that the defendant enroll at his own expense in the SCRAM program designed to monitor and detect the presence of alcohol in him and remain in the program and comply with its terms and conditions during the ensuing 3 years of his probation, is vacated.  The defendant is no longer required to be enrolled in the SCRAM program designed to monitor and detect the presence of alcohol.

All other conditions of probation remain in full force and effect.

IT IS SO ORDERED.

Dated:   October 26, 2020

_____
UNITED STATES MAGISTRATE JUDGE

1